Matter of Blossom V. (2024 NY Slip Op 04671)

Matter of Blossom V.

2024 NY Slip Op 04671

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, NOWAK, AND DELCONTE, JJ.

583 CA 23-01736

[*1]IN THE MATTER OF BLOSSOM., A PATIENT ADMITTED TO ST. JOSEPH'S HOSPITAL HEALTH CENTER, RESPONDENT-APPELLANT. NARAYANA REDDY, M.D., MEDICAL DIRECTOR, ST. JOSEPH'S HOSPITAL HEALTH CENTER, PSYCHIATRIC INPATIENT UNIT, PETITIONER-RESPONDENT. (APPEAL NO. 2.) 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, UTICA (JOSEPH M. BETAR OF COUNSEL), FOR RESPONDENT-APPELLANT. 
COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (ROBERT W. CONNOLLY OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Gerard J. Neri, J.), entered July 27, 2023, in a proceeding pursuant to Mental Hygiene Law article 9. The order denied the motion of respondent for in-person hearings. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Blossom V. (Reddy) ([appeal No. 1] — AD3d — [Sept. 27, 2024] [4th Dept 2024]).
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court